**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1858**

KATHERINE R. DAUPHIN,

        Plaintiff - Appellee,

    v.

BEVERLY L. HENNAGER,

        Defendant - Appellant,

    and

LOUIS A. JENNINGS,

        Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:15-cv-00149-LO-TCB)

Submitted: November 7, 2018               Decided: December 3, 2018

Before AGEE, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Beverly L. Hennager, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beverly L. Hennager appeals the district court's order adopting the magistrate judge's recommendation to validate an attorney's charging lien filed by Hennager's former law firm, Troutman Sanders LLP. We have reviewed the record and find no reversible error. Accordingly, we grant Troutman Sanders' motion to intervene and affirm for the reasons stated by the district court. *See Dauphin v. Hennager*, No. 1:15-cv-00149-LO-TCB (E.D. Va. June 15, 2018). We deny Hennager's application to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*